G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
emurphy@rwblaw.com
achopova@rwblaw.com

Attorneys for Defendant NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY


E. GERARD MANNION (State Bar No. 77287)
DEMIAN I. OKSENENDLER (State Bar No. 233416)
**MANNION & LOWE**
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810
E-Mail: gmannion@sbcglobal.net
doksenendler@sbcglobal.net

Attorneys for Plaintiff
TAMIKO CARILLO

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARILLO, | No. C 07-01979 JF |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER THEREON** |
| vs. | [Local Rule 6-2, 7-12] |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE, ALLIED INSURANCE, | Amended Complaint Filed: 07/25/07 Trial Date: None Set |
| Defendants. | [Hon. Jeremy Fogel] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Nationwide Mutual Fire Insurance Company ("Nationwide Fire"), by and through its attorneys of record, Rudloff Wood and Barrows LLP, and Plaintiff Tamiko Carillo

Rudloff Wood & Barrows LLP
Attorneys at Law
2000 Powell Street, Suite 900
Emeryville, California 94608
(510) 740-1500

1 ("Plaintiff"), by and through her attorneys of record, Mannion & Lowe, hereby stipulate:

2     WHEREAS, this Court's Stipulation and Order Selecting ADR Process provides for
3 private mediation to be held by December 31, 2007; and

4     WHEREAS, this is the parties' first request for an order extending the time to conduct
5 mediation; and

6     WHEREAS, this Court has not entered a Case Scheduling Order yet; and

7     WHEREAS, this Court granted Defendant Nationwide Mutual Fire Insurance Company's
8 ("Nationwide Fire") Motion to Strike Portions of Plaintiff's First Amended Complaint Pertaining
9 to Her Own Bad Faith Claim for Recovery, without leave to amend, on November 20, 2007; and

10     WHEREAS, Nationwide Fire timely answered Plaintiff Tamiko Carillo's (Plaintiff) First
11 Amended Complaint on December 6, 2007; and

12     WHEREAS, Plaintiff's document production to Nationwide Fire has been delayed by
13 Plaintiff's recent health issues; and

14     WHEREAS, the parties believe that a continuance of the ADR deadline would make for a
15 more meaningful mediation and not affect otherwise the timing of the final resolution of this case;
16 and

17     WHEREAS, the parties agree to extend the time to complete private mediation to May 30,
18 2008, with intent of attempting to reach a resolution of the case;

19     THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

20     1.     The parties agree to extend the deadline for completion of private mediation to May
21 30, 2008.

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER THEREON, [Local Rule 6-2, 7-12], CASE #C 07-01979 JF      2

DATED: December 17, 2007   **RUDLOFF WOOD & BARROWS LLP**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy
Anna A. Chopova

Attorneys for Defendant NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY

DATED: December ___, 2007   **MANNION & LOWE**

By: _____
E. Gerard Mannion
Demian I. Oksenendler

Attorneys for Plaintiff TAMIKO CARILLO

| | | |
|---|---|---|
| 1 | DATED: December ___, 2007 | **RUDLOFF WOOD & BARROWS LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | G. Edward Rudloff, Jr. |
| | | Edward P. Murphy |
| 5 | | Anna A. Chopova |
| 6 | | Attorneys for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY |
| 7 | | |
| 8 | DATED: December 17, 2007 | **MANNION & LOWE** |
| 9 | | |
| 10 | | By: _____ |
| | | E. Gerard Mannion |
| 11 | | Demian I. Oksenendler |
| 12 | | Attorneys for Plaintiff TAMIKO CARILLO |

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING that:

1. The deadline for completion of private mediation is extended to May 30, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/18/07

_____
THE HONORABLE JEREMY FOGEL
United States District Court
Northern District of California