**E-Filed 7/9/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARRILLO,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>    Defendant. | Case Number C 07-1979 JF (PVT)<br><br>ORDER[1] OVERRULING PLAINTIFF'S OBJECTIONS TO ORDER RE DEFENDANTS' MOTION TO COMPEL AND PLAINTIFF'S MOTION TO QUASH<br><br>[re: docket no. 63] |

On May 22, 2008, Magistrate Judge Patricia V. Trumbull issued an order granting the motion of Defendant Nationwide Mutual Fire Insurance Company to compel production of documents and denying the motion of Plaintiff Tamiko Carrillo to quash subpoenas. On June 4, 2008, Plaintiff filed objections to this ruling pursuant to Fed. R. Civ. P. 72(a). Pursuant to Civil Local Rule 72-2, N.D. Cal. Civ. R. 72-2, the objections were deemed overruled fifteen days thereafter. The Court has received a telephonic inquiry from Plaintiff's counsel seeking

---

[1] This disposition is not designated for publication in the federal reporter.

Case No. C 07-1979 JF (PVT)
ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO ORDER RE DEFENDANTS' MOTION TO COMPEL AND PLAINTIFF'S MOTION TO QUASH
(JFEX2)

1  clarification as to the status of Plaintiff's objections.

2     Where, as here, a magistrate judge's ruling addresses a non-dispositive matter, the district judge will modify or set aside "any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).  Having reviewed Magistrate Judge Trumbull's order and having considered Plaintiff's objections thereto, the Court concludes that the order is neither "clearly erroneous" nor "contrary to law."  Accordingly, the objections are OVERRULED.

    IT IS SO ORDERED.

DATED: 7/9/08

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-1979 JF (PVT)
ORDER OVERRULING PLAINTIFF'S OBJECTION TO ORDER RE DEFENDANTS' MOTION TO COMPEL AND PLAINTIFF'S MOTION TO QUASH
(JFEX2)

This Order has been served upon the following persons:

Anna Atanassova Chopova     achopova@rwblaw.com, ggoudge@rwblaw.com

Wesley Martin Lowe     wlowe@sbcglobal.net, lvillegas1@sbcglobal.net

Edward Gerard Mannion     gmannion@sbcglobal.net, vickiaxeman@sbcglobal.net

Edward P. Murphy     emurphy@rwblaw.com, cromo@rwblaw.com

Demian Isaac Oksenendler     doksenendler@sbcglobal.net, richhubbard@sbcglobal.net

George Edward Rudloff , Jr     erudloff@rwblaw.com, bparker@rwblaw.com