**\*\*E-filed 8/8/08\*\***

1  G. EDWARD RUDLOFF, JR. (SBN 56058)
   EDWARD P. MURPHY (SBN 182778)
2  ANNA A. CHOPOVA (SBN 245730)
   **RUDLOFF WOOD & BARROWS LLP**
3  2000 Powell Street, Suite 900
   Emeryville, California  94608
4  Telephone:  (510) 740-1500
   Facsimile:  (510) 740-1501
5  E-Mail:       erudloff@rwblaw.com

6                  emurphy@rwblaw.com

7                  achopova@rwblaw.com

8  Attorneys for Defendant NATIONWIDE
   MUTUAL FIRE INSURANCE COMPANY

9  E. GERARD MANNION (SBN 77287)
   DEMIAN I. OKSENENDLER (SBN 233416)
10 **MANNION & LOWE**
   655 Montgomery Street, Suite 1200
11 San Francisco, California  94111
   Telephone:  (415) 733-1050
12 Facsimile:  (415) 434-4810
   E-Mail:      gmannion@sbcglobal.net
13
                 wlowe@sbcglobal.net
14
                 doksenendler@sbcglobal.net
15 Attorneys for Plaintiff
   TAMIKO CARILLO
16

17           UNITED STATES DISTRICT COURT OF CALIFORNIA

18         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

19 TAMIKO CARILLO,                        No.  C 07-01979 JF

20              Plaintiff,                **STIPULATION AND [PROPOSED]**
                                          **ORDER TO PROTECT**
21    vs.                                 **CONFIDENTIAL INFORMATION**

22 NATIONWIDE MUTUAL FIRE                 Complaint Filed: 01/03/07
   INSURANCE COMPANY, NATIONWIDE          Trial Date:    None Set
23 MUTUAL INSURANCE COMPANY,
   ALLIED INSURANCE and DOES 1
24 through 100, inclusive,

25              Defendants.

26 _____/

27    Pursuant to Federal Rule of Civil Procedure 26 (c) (7), Plaintiff Tamiko Carillo

28 ("Plaintiff") and Defendant Nationwide Mutual Fire Insurance Company ("Defendant Nationwide

_Sidebar (vertical text):_ **RUDLOFF WOOD & BARROWS LLP** ATTORNEYS AT LAW 2000 POWELL STREET, SUITE 900 EMERYVILLE, CALIFORNIA 94608 (510) 740-1500

Fire") move by stipulation for the entry of a protective order to maintain the confidentiality of documents and information produced by Defendant Nationwide Fire while satisfying Defendant Nationwide Fire's discovery and disclosure obligations pursuant to Rule 26 of the Federal Rules of Civil Procedure. The parties agree that the documents and information produced by Defendant Nationwide Fire shall be subject to the following restrictions:

1.      Defendant Nationwide Fire may designate as confidential any of the documents or any portion of the documents which it reasonably believes constitutes or contains confidential development, financial, proprietary, trade secret or personal information of Defendant Nationwide Fire, and which is not otherwise available to the public ("Confidential Information").

2.      All Confidential Information shall be used only for the purpose of preparation, prosecution or trial of the above-captioned matter ("Action"), and for no other purpose. Nothing contained in this Stipulation shall limit or prevent disclosure or use of any Confidential Information by Defendant Nationwide Fire.

3.      No Confidential Information shall be given, shown, made available, discussed, or otherwise communicated in any way, to anyone other than:

a.      The Northern District Court of California, court personnel, and stenographic reporters engaged in proceedings incident to the Action, including mediators;

b.      Designated representatives of the parties to the litigation who have a need to review the Confidential Information in connection with the Action;

c.      The attorneys of record for the parties to the Action, and their associate attorneys, and members and/or employees of their firms, if any, who are performing legal services in connection with the Action;

d.      Independent experts retained by the parties' attorneys of record for the purpose of assisting in the preparation and hearing of this Action, so long as the experts agree in writing to be bound by the terms of the Protective Order.

4.      A recipient of any Confidential Information that is produced or disclosed pursuant to this Stipulation and corresponding Protective Order shall maintain such Confidential Information in a secure and safe area, and the recipient shall exercise the same standard of due and

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

proper care with respect to the storage, custody and use of all such Confidential Information as is exercised by the recipient with respect to its own Confidential Information.

5.      If any party determines that it is reasonably necessary in connection with the Action to disclose Confidential Information in papers to be filed with the Court, such party shall file the papers in sealed envelopes stating:

a.      The word "Confidential;"

b.      The caption of the Action;

c.      An indication of the nature of the contents of the sealed envelope, including the document numbers attached to such papers or the deponent's name and deposition page numbers; and

d.      A statement in the following form:

This envelope is sealed pursuant to court order and contains confidential information filed in this case by [name of disclosing party] and is not to be opened or the contents displayed or inspected except by the parties to this suit, their counsel, court personnel or by court order.

6.      This Order shall be without prejudice to the right of the parties (i) to bring before the Court at any time the question of whether any particular document or information is confidential or whether its use should be restricted, or (ii) to present a motion to the Court under FRCP 26(c) for a separate protective order as to any particular document or information, including restrictions differing from those as specified herein.  The Order shall not be deemed to prejudice the parties in any way in any future application for modification of this Order.

7.      This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the Court unnecessarily in the process.  Nothing in this Order, nor the production of any information or document under the terms of this Order, nor any proceedings pursuant to this Order, shall be deemed to have the effect of an admission or waiver by either party, or of altering the confidentiality or nonconfidentiality of any such document or information, or altering any existing obligation of any party or the absence thereof.

8.      At the conclusion of this matter, all copies of all Confidential Information produced

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

1  by Defendant Nationwide Fire shall be returned to Defendant Nationwide Fire within 45 days after

2  the conclusion of the judicial proceedings.  The obligations of this Stipulation shall survive the

3  termination of this Action and shall continue to bind the parties and any persons given access to

4  such Confidential Information.

5          Defendant Nationwide Fire and Plaintiff pray that the Court enter a Protective Order in

6  conformity with this stipulation.

7          **SO STIPULATED:**

8

9  DATED: _____, 2008          **RUDLOFF WOOD & BARROWS LLP**

10

11                                    By: _____
                                          G. Edward Rudloff, Jr.
12                                        Edward P. Murphy
                                          Anna A. Chopova
13                                    Attorneys for Defendant NATIONWIDE
                                      MUTUAL FIRE INSURANCE COMPANY
14

15

16  DATED: 7/31_____, 2008          **MANNION & LOWE**

17

18                                    By: _____
                                          E. Gerard Mannion
19                                        Demian I. Oksenendler
                                      Attorneys for Plaintiff TAMIKO CARILLO
20

21          **APPROVED AND SO ORDERED:**

22

23  DATED: _____, 2008

24

25                                    _____
26                                        The Honorable Jeremy Fogel
                                          United States District Court Judge
27

28

STIPULATION AND ORDER TO PROTECT CONFIDENTIAL INFORMATION
CASE NO. C 07-01979 JF                                              -4-

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE CALIFORNIA 94608
(510) 740-1500

by Defendant Nationwide Fire shall be returned to Defendant Nationwide Fire within 45 days after the conclusion of the judicial proceedings.  The obligations of this Stipulation shall survive the termination of this Action and shall continue to bind the parties and any persons given access to such Confidential Information.

Defendant Nationwide Fire and Plaintiff pray that the Court enter a Protective Order in conformity with this stipulation.

**SO STIPULATED:**

DATED: _July 31_____, 2008

**RUDLOFF WOOD & BARROWS LLP**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy
Anna A. Chopova

**Attorneys for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**

DATED: _____, 2008

**MANNION & LOWE**

By: _____
E. Gerard Mannion
Demian I. Oskenendler

**Attorneys for Plaintiff TAMIKO CARILLO**

**APPROVED AND SO ORDERED:**

DATED: __8/8_____, 2008

_____
The Honorable Jeremy Fogel
United States District Court Judge

STIPULATION AND ORDER TO PROTECT CONFIDENTIAL INFORMATION
CASE NO. C 07-01979 JF

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500