G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California  94608
Telephone:  (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:       erudloff@rwblaw.com
                   emurphy@rwblaw.com
                   achopova@rwblaw.com

Attorneys for Defendant NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY


E. GERARD MANNION (State Bar No. 77287)
DEMIAN I. OKSENENDLER (State Bar No. 233416)
**MANNION & LOWE**
655 Montgomery Street, Suite 1200
San Francisco, California  94111
Telephone:  (415) 733-1050
Facsimile:   (415) 434-4810
E-Mail:       gmannion@sbcglobal.net
                   doksenendler@sbcglobal.net

Attorneys for Plaintiff
TAMIKO CARRILLO

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARRILLO,<br><br>             Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE, ALLIED INSURANCE,<br><br>             Defendants.<br>_____/ | No.  C 07-01979 JF<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER**<br>[Local Rule 6-2, 7-12]<br><br>Amended Complaint<br>Filed:              07/25/07<br>Trial Date:     None Set<br><br>[Hon. Jeremy Fogel] |

//

//

//

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendant Nationwide Mutual Fire Insurance Company ("Nationwide Fire"), by and
3  through its attorneys of record, Rudloff Wood and Barrows LLP, and Plaintiff Tamiko Carrillo
4  ("Plaintiff"), by and through her attorneys of record, Mannion & Lowe, hereby stipulate:

5      WHEREAS, in response to the parties' Stipulated Request to Change Time, this Court's
6  September 5, 2008 Order provided for private mediation to be held by January 31, 2009; and

7      WHEREAS, the parties are presently attempting to co-ordinate a hearing date for their
8  respective motions for partial summary judgment on the issue of the duty to defend; and

9      WHEREAS, the parties have been taking the depositions of various witnesses and
10 conducting additional discovery in preparation for filing said motions for partial summary
11 judgment; and

12     WHEREAS, the parties believe that the determination of the issue of duty to defend would
13 significantly influence and potentially contribute to the future settlement of the case through the
14 ADR process; and

15     WHEREAS, the parties previous stipulations for order changing time to complete ADR
16 process were warranted by the circumstances of the case at the time and for good cause; and

17     WHEREAS, the parties agree to extend the time to complete private mediation, or another
18 form of ADR process, to May 31, 2009 to allow the resolution of the parties' upcoming motions
19 for partial summary judgment.

20 //
21 //
22 //
23 //
24 //
25 //

1  THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

2      1.    The parties agree to extend the deadline for completion of ADR process to May 31,

3  2009.

5  DATED: December 12, 2008      **RUDLOFF WOOD & BARROWS LLP**

7  By: _____
    G. Edward Rudloff, Jr.
    Edward P. Murphy
    Anna A. Chopova

Attorneys for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

11  DATED: December ___, 2008      **MANNION & LOWE**

13  By: _____
    E. Gerard Mannion
    Demian I. Oksenendler

Attorneys for Plaintiff TAMIKO CARRILLO

---

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER, [Local Rule 6-2, 7-12], CASE #C 07-01979 JF      3

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree to extend the deadline for completion of ADR process to May 31, 2009.

DATED: December ___, 2008

**RUDLOFF WOOD & BARROWS LLP**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy
Anna A. Chopova

Attorneys for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

DATED: December 10, 2008

**MANNION & LOWE**

By: _____
E. Gerard Mannion
Demian I. Oksenendler

Attorneys for Plaintiff TAMIKO CARRILLO

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER, [Local Rule 6-2, 7-12], CASE #C 07-01979 JF

3

# [PROPOSED] ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

1. The deadline for completion of ADR is extended to May 31, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/15/08

_____
THE HONORABLE JEREMY FOGEL
United States District Court
Northern District of California