G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail:      erudloff@rwblaw.com
             emurphy@rwblaw.com
             achopova@rwblaw.com

Attorneys for Defendant NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY


E. GERARD MANNION (State Bar No. 77287)
DEMIAN I. OKSENENDLER (State Bar No. 233416)
**MANNION & LOWE**
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810
E-Mail:    gmannion@sbcglobal.net
           doksenendler@sbcglobal.net

Attorneys for Plaintiff
TAMIKO CARRILLO

**E-Filed 5/18/09**

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARRILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY, NATIONWIDE<br>MUTUAL INSURANCE, ALLIED<br>INSURANCE,<br><br>　　　　Defendants.<br>_____/ | No. C 07-01979 JF<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER**<br>[Local Rules 6-2, 7-12]<br><br>Amended Complaint<br>Filed:　　　07/25/07<br>Trial Date:　　None Set<br><br>[Hon. Jeremy Fogel] |

//

//

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Nationwide Mutual Fire Insurance Company ("Nationwide Fire"), by and through its attorneys of record, Rudloff Wood and Barrows LLP, and Plaintiff Tamiko Carrillo ("Plaintiff"), by and through her attorneys of record, Mannion & Lowe, hereby stipulate:

WHEREAS, completing discovery related to Plaintiff's medical providers has been delayed due to the parties' discovery dispute; and

WHEREAS, the parties have not been able to resolve the dispute by meeting and conferring and may need to seek the Court's intervention to resolve this issue; and

WHEREAS, the non-expert discovery cut-off is presently set for May 21, 2009; and

WHEREAS, other court dates are presently set as follows:

- Expert Disclosures:  May 29, 2009
- Completion of ADR:  May 31, 2009
- Expert Rebuttal:  June 8, 2009
- Complete Expert Discovery:  July 6, 2009
- Dispositive Motions:  August 7, 2009; and

WHEREAS, the parties agree that the resolution of the discovery dispute by motion practice cannot be completed prior to the May 21, 2009 non-expert discovery cut-off; and

WHEREAS, the parties have until May 31, 2009 to complete private mediation; and

WHEREAS Nationwide Fire has moved for partial summary judgment that it did not owe a duty to defend and that it did not breach the implied covenant of good faith and fair dealing ("bad faith"), which is set for hearing on June 12, 2009;

WHEREAS Plaintiff has also moved for partial summary judgment on the issue of duty to defend, and her motion is also set for hearing on June 12, 2009;

WHEREAS, the parties believe that the determination of the issue of duty to defend and bad faith would significantly influence and potentially contribute to the future settlement of the case through the ADR process; and

WHEREAS, the parties previous stipulations for order changing time to complete ADR process and for other extensions of court deadlines were warranted by the circumstances of the

1 case at the time and for good cause; and

2 WHEREAS, the parties agree to extend the time to complete non-expert discovery and
3 related court dates as follows:

4 • Completion of ADR: July 31, 2009
5 • Non-expert Discovery: August 21, 2009
6 • Expert Disclosures: August 28, 2009
7 • Expert Rebuttal: September 8, 2009
8 • Complete Expert Discovery: October 6, 2009
9 • Dispositive Motions: November 6, 2009

10 THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

11 1. The parties agree to extend the court dates indicated below as follows:

12 • Completion of ADR: July 31, 2009
13 • Non-expert Discovery: August 21, 2009
14 • Expert Disclosures: August 28, 2009
15 • Expert Rebuttal: September 8, 2009
16 • Complete Expert Discovery: October 6, 2009
17 • Dispositive Motions: November 6, 2009

18 DATED: May 15, 2009     **RUDLOFF WOOD & BARROWS LLP**

20 By: _____
     G. Edward Rudloff, Jr.
21   Edward P. Murphy
     Anna A. Chopova

22 Attorneys for Defendant NATIONWIDE
23 MUTUAL FIRE INSURANCE COMPANY

24 DATED: May ___, 2009     **MANNION & LOWE**

26 By: _____
     E. Gerard Mannion
27   Demian I. Oksenendler

28 Attorneys for Plaintiff TAMIKO CARRILLO

1 case at the time and for good cause; and

2 WHEREAS, the parties agree to extend the time to complete non-expert discovery and
3 related court dates as follows:

4 - Completion of ADR: July 31, 2009
5 - Non-expert Discovery: August 21, 2009
6 - Expert Disclosures: August 28, 2009
7 - Expert Rebuttal: September 8, 2009
8 - Complete Expert Discovery: October 6, 2009
9 - Dispositive Motions: November 6, 2009

10 THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

11 1. The parties agree to extend the court dates indicated below as follows:

12 - Completion of ADR: July 31, 2009
13 - Non-expert Discovery: August 21, 2009
14 - Expert Disclosures: August 28, 2009
15 - Expert Rebuttal: September 8, 2009
16 - Complete Expert Discovery: October 6, 2009
17 - Dispositive Motions: November 6, 2009

18 DATED: May ___, 2009                **RUDLOFF WOOD & BARROWS LLP**

20 By: _____
    G. Edward Rudloff, Jr.
21  Edward P. Murphy
    Anna A. Chopova

23 Attorneys for Defendant NATIONWIDE
   MUTUAL FIRE INSURANCE COMPANY

24 DATED: May 15, 2009               **MANNION & LOWE**

26 By: _____
    E. Gerard Mannion
27  Demian I. Oksenendler

28 Attorneys for Plaintiff TAMIKO CARRILLO

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER, [Local Rules 6-2, 7-12],
CASE #C 07-01979 JF

3

# [PROPOSED] ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

1. The court dates indicated below are extended as follows:

- Completion of ADR:  July 31, 2009
- Non-expert Discovery:  August 21, 2009
- Expert Disclosures:  August 28, 2009
- Expert Rebuttal:  September 8, 2009
- Complete Expert Discovery:  October 6, 2009
- Dispositive Motions:  November 6, 2009

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/18/09

THE HONORABLE JEREMY FOGEL
United States District Court
Northern District of California

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER, [Local Rules 6-2, 7-12], CASE #C 07-01979 JF

4