G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail:     erudloff@rwblaw.com
            emurphy@rwblaw.com
            achopova@rwblaw.com

Attorneys for Defendant NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY


E. GERARD MANNION (State Bar No. 77287)
DEMIAN I. OKSENENDLER (State Bar No. 233416)
**MANNION & LOWE**
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810
E-Mail:     gmannion@sbcglobal.net
            doksenendler@sbcglobal.net

Attorneys for Plaintiff
TAMIKO CARRILLO

**E-Filed 8/13/09**

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARRILLO,<br><br>            Plaintiff,<br><br>      vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE, ALLIED INSURANCE,<br><br>            Defendants.  / | No. C 07-01979 JF<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER**<br>[Local Rules 6-2, 7-12]<br><br>Amended Complaint<br>Filed:        07/25/07<br>Trial Date:   None Set<br><br>[Hon. Jeremy Fogel] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Nationwide Mutual Fire Insurance Company ("Nationwide Fire"), by and through its attorneys of record, Rudloff Wood and Barrows LLP, and Plaintiff Tamiko Carrillo ("Plaintiff"), by and through her attorneys of record, Mannion & Lowe, hereby stipulate:

WHEREAS, completing discovery related to Plaintiff's medical providers has been delayed due to the parties' discovery dispute; and

WHEREAS, the parties have not been able to resolve the dispute by meeting and conferring and Plaintiff intends to file a motion to quash to be heard on September 29, 2009; and

WHEREAS, the non-expert discovery cut-off is presently set for August 21, 2009; and

WHEREAS, other court dates are presently set as follows:

- Completion of ADR:  July 31, 2009
- Expert Disclosures:  August 28, 2009
- Expert Rebuttal:  September 8, 2009
- Complete Expert Discovery:  October 6, 2009
- Dispositive Motions:  November 6, 2009

WHEREAS, the parties have the following outstanding discovery requests:  1) Nationwide Fire's Deposition of Ms. Barbara Krzyczkowska; 2) Nationwide Fire's Deposition of Dr. Bruce Eliashof; 3) Plaintiff's Deposition of Nationwide Fire's Most Knowledgeable Person(s); 4) Nationwide Fire's Deposition of Mannion & Lowe's Person Most Knowledgeable; and 5) Nationwide Fire's Deposition of Winer McKenna's Person Most Knowledgeable; and

WHEREAS, the Court issued a ruling on the parties' respective motions for summary judgment on the issues of duty to defend and bad faith on July 2, 2009; and

WHEREAS, Plaintiff intends to seek leave to file a supplemental complaint; and

WHEREAS, the parties have been unable to coordinate a date for a full-day mediation session in July or August; and

WHEREAS, the parties are presently making arrangements to schedule a full day mediation; and

WHEREAS, the parties' previous stipulations for order changing time to complete ADR

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

process and for other extensions of court deadlines were warranted by the circumstances of the case at the time and for good cause; and

WHEREAS, the parties agree to extend the time to complete outstanding non-expert discovery and related court dates by 30 days from the hearing of Plaintiff's Motion to Quash, or 30 days after the Court issues a ruling on the motion to quash, whichever is later.

THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree to extend the court dates indicated below as follows:

- Completion of ADR: October 31, 2009
- Non-expert Discovery: October 29, 2009 (or 30 days after the court rules on Plaintiff's Motion to Quash, whichever is later) as to any discovery properly noticed and/or served prior to August 21, 2009 only
- Expert Disclosures: 3 weeks after non-expert discovery cut-off
- Expert Rebuttal: 2 weeks after expert disclosures
- Complete Expert Discovery: 30 days after expert rebuttal cut-off
- Dispositive Motions: 30 days after expert discovery completion.

DATED: August 12, 2009

**RUDLOFF WOOD & BARROWS LLP**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy
Anna A. Chopova

Attorneys for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

DATED: August ___, 2009

**MANNION & LOWE**

By: _____
E. Gerard Mannion
Demian I. Oksenendler

Attorneys for Plaintiff TAMIKO CARRILLO

process and for other extensions of court deadlines were warranted by the circumstances of the case at the time and for good cause; and

WHEREAS, the parties agree to extend the time to complete outstanding non-expert discovery and related court dates by 30 days from the hearing of Plaintiff's Motion to Quash, or 30 days after the Court issues a ruling on the motion to quash, whichever is later.

THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree to extend the court dates indicated below as follows:

- Completion of ADR: October 31, 2009
- Non-expert Discovery: October 29, 2009 (or 30 days after the court rules on Plaintiff's Motion to Quash, whichever is later) as to any discovery properly noticed and/or served prior to August 21, 2009 only
- Expert Disclosures: 3 weeks after non-expert discovery cut-off
- Expert Rebuttal: 2 weeks after expert disclosures
- Complete Expert Discovery: 30 days after expert rebuttal cut-off
- Dispositive Motions: 30 days after expert discovery completion.

DATED: August ___, 2009          **RUDLOFF WOOD & BARROWS LLP**

                                 By: _____
                                     G. Edward Rudloff, Jr.
                                     Edward P. Murphy
                                     Anna A. Chopova

                                 Attorneys for Defendant NATIONWIDE
                                 MUTUAL FIRE INSURANCE COMPANY

DATED: August 12, 2009           **MANNION & LOWE**

                                 By: _____
                                     E. Gerard Mannion
                                     Demian I. Oksenendler

                                 Attorneys for Plaintiff TAMIKO CARRILLO

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER, [Local Rules 6-2, 7-12],
CASE #C 07-01979 JF

3

[PROPOSED] ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

1. The court dates indicated below are extended as follows:

- Completion of ADR:  October 31, 2009
- Non-expert Discovery:  October 29, 2009 (or 30 days after the court rules on Plaintiff's Motion to Quash, whichever is later) as to any discovery properly noticed and/or served prior to August 21, 2009 only
- Expert Disclosures:  3 weeks after non-expert discovery cut-off
- Expert Rebuttal:  2 weeks after expert disclosures
- Complete Expert Discovery:  30 days after expert rebuttal cut-off
- Dispositive Motions:  30 days after expert discovery completion.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/13/2009



THE HONORABLE JEREMY FOGEL
United States District Court
Northern District of California