**E-Filed 9/28/2009**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and ALLIED INSURANCE,<br><br>        Defendants. | Case Number C 07-1979 JF (HRL)<br><br>ORDER[1] GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION<br><br>[re: docket no. 103] |

    Defendants' motion for leave to file a motion for reconsideration is granted. As Defendants already have filed their motion for reconsideration, Plaintiff shall file her opposition, if any, on or before October 13, 2009. Defendants may file a response to Plaintiff's opposition, if any, on or before October 20, 2009. The matter thereafter will be taken under submission without oral argument.

//

//

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-1979 JF
ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
(JFLC3)

1    IT IS SO ORDERED.

2   DATED: 9/28/2009

3                                           _____
4                                           JEREMY FOGEL
                                            United States District Judge

1  This Order has been served upon the following persons:

2  Anna Atanassova Chopova     achopova@rwblaw.com, lspalding@rwblaw.com

3  Demian Isaac Oksenendler     doksenendler@sbcglobal.net, richhubbard@sbcglobal.net

4  Edward Gerard Mannion     gmannion@sbcglobal.net, richhubbard@sbcglobal.net

5  Edward P. Murphy     emurphy@rwblaw.com, cromo@rwblaw.com

6  George Edward Rudloff , Jr     erudloff@rwblaw.com, bparker@rwblaw.com

7  Wesley Martin Lowe     wlowe@sbcglobal.net, richhubbard@sbcglobal.net