**E-Filed 10/7/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMIKO CARILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case Number C 07-1979 JF (PVT)<br><br>ORDER OF DISMISSAL |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings and/or trial dates set in this matter are VACATED.

Dated: October 7, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-1979 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)

Copies of Order served on:

Anna Atanassova Chopova     achopova@rwblaw.com, lspalding@rwblaw.com

Demian Isaac Oksenendler     doksenendler@sbcglobal.net, richhubbard@sbcglobal.net

Edward Gerard Mannion     gmannion@sbcglobal.net, richhubbard@sbcglobal.net

Edward P. Murphy     emurphy@rwblaw.com, cromo@rwblaw.com

George Edward Rudloff , Jr     erudloff@rwblaw.com, bparker@rwblaw.com

Wesley Martin Lowe     wlowe@sbcglobal.net, richhubbard@sbcglobal.net

2

Case No. C 07-1979 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)